UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------
J & J SPORTS PRODUCTIONS, INC.
                Plaintiff,

Case No. 14-cv-7065

-against-

LA ECONOMICA NORTHERN BLVD 95, INC., et al.
                Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**MARTIN E. RESTITUYO**
FILL IN ATTORNEY NAME

My EDNY Bar Number is: MR 0856     My State Bar Number is 4139739

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
                     FIRM ADDRESS: 270 MADISON AVE., NEW YORK, NY 10016
                     FIRM TELEPHONE NUMBER: 212-545-4600
                     FIRM FAX NUMBER:

NEW FIRM:    FIRM NAME: LAW OFFICES OF MARTIN E. RESTITUYO, P.C.
                     FIRM ADDRESS: 1345 AVE. OF THE AMERICAS, 2ND FL, NY, NY 10105
                     FIRM TELEPHONE NUMBER: 212-729-7900
                     FIRM FAX NUMBER: 212-729-7490

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 3/24/15

ATTORNEY'S SIGNATURE